UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
TOD S. CAGAN,

Plaintiffs,

-against-

NEW YORK CITY POLICE OFFICER GREGORY RITTENHOUSE, individually and in his official capacity, NEW YORK CITY POLICE OFFICER MICHAEL PHILBIN, individually and in his official capacity, CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, INCORPORATED VILLAGE OF FREEPORT, VILLAGE OF FREEPORT POLICE DEPARTMENT, VILLAGE OF FREEPORT DETECTIVE GENE H. HALL, JR., individually and in his official capacity, VILLAGE OF FREEPORT POLICE OFFICER LAWRENCE K. HORNE, individually and in his official capacity, VILLAGE OF FREEPORT POLICE OFFICER KENNEDY #00511, individually and in his official capacity, VILLAGE OF FREEPORT POLICE OFFICER VINCENT FALZONE, individually and in his official capacity, VILLAGE OF FREEPORT POLICE OFFICER MICHAEL GENIALE, individually and in his official capacity, VILLAGE OF FREEPORT SERGEANT JOHN ROE, individually and in his official capacity, VILLAGE OF FREEPORT SERGEANT THOMAS L. WILLIAMS, individually and in his official capacity, VILLAGE OF FREEPORT POLICE OFFICER JOHN DOES #1-10, individually and in their official capacities, COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY POLICE OFFICER JOHN DOES #11-20, individually and in their official capacities, NASSAU COUNTY DISTRICT ATTORNEY'S OFFICE, NASSAU COUNTY DISTRICT ATTORNEY MADELINE SINGAS, individually and in her official capacity, NASSAU COUNTY DISTRICT ATTORNEY ANNE T. DONNELLY, individually and in her official capacity, and NASSAU COUNTY ASSISTANT DISTRICT ATTORNEY JOHN DOES #21-30, individually and in their official capacities,

Defendants.
-------------------------------------------------------------------------------X

**22-cv-00260 (EK)(LGD)**

**STIPULATION TO UNSEAL RECORDS**

WHEREAS, TOD S. CAGAN, by his attorneys, The Russell Friedman Law Group, LLP, has instituted a lawsuit against Defendants in the above-captioned matter based upon a criminal action for which records have been sealed, and

WHEREAS, the commencement of a lawsuit constitutes a waiver of the sealing of the criminal file (see *Ragland v. New York City Housing Auth.*, 201 A.D.2d 7 (2nd Dept 1994); *Gebbie v. Gertz Division*, 94 AD2d 165 (2nd Dept. 1983)), and

WHEREAS, the undersigned are the attorneys representing the Plaintiffs and the Defendants, now, therefore,

IT IS STIPULATED AND AGREED, that all records in the custody of the Incorporated Village of Freeport Police Department, Nassau County Police Department, Nassau County Sheriff's Department and Nassau County District Attorney's Office concerning the criminal prosecution which is the basis of the within civil action, excluding Grand Jury minutes and all privileged and confidential documents, all of which records may have been sealed pursuant to Criminal Procedure Law Sections 160.50 and 160.55, shall be made accessible to the parties for the purpose of the prosecution and defense of the within civil action and the information obtained will remain confidential between plaintiff and the defendants.

Dated: August ____, 2022

The Russell Friedman law Group, LLP
*Attorneys for Plaintiff*

BY: /S/Pablo A. Fernandez
Pablo A. Fernandez

400 Garden City Plaza, Suite 500
Garden City, NY 11530
516.355.9696

Alan C. Glassman
*Attorney for Defendant Rittenhouse*

BY: ______________________
Alan C. Glassman

34 Atlantic Avenue, Suite 200
Lynbrook, NY 11563
516.823.4496

Barket Epstein Kearon Aldea & LoTurco, LLP
*Attorneys for Defendant Philbin*

BY: ______________________
Alexander R. Klein

666 Old Country Road, Suite 700
Garden City, NY 11530
516.745.7500

New York City Law Department
*Attorneys for Defendant City*

BY: ______________________
Jeffrey F. Frank

100 Church Street, Suite 3-154
New York, NY 10007
929.930.0780

Bee Ready Fishbein Hatter & Donovan, LLP
Attorneys for Village Defendants

BY: Andrew Preston
Andrew K. Preston

170 Old Country Road
Mineola, NY 11501
516.746.5599

Nassau County Attorney's Office
*Attorneys for County Defendants*

BY: /s/ Liora Ben-Sorek
Liora Ben-Sorek

One West Street
Mineola, NY 11501
516.571.3056

**SO ORDERED:**

Dated: Central Islip, NY
_________, 2022

______________________________
LEE G. DUNST
United States Magistrate Judge